**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**HERB SHAW, et al.,**

    **Plaintiff(s),**

vs.                                                   Case No.   8:11-CV-76-T-17AEP

**DOUG YORKE, et al.,**

    **Defendant(s).**

                                          /

## ORDER TO SHOW CAUSE

    The Plaintiff is directed to show cause by a written response filed within eleven (11) days why this case should not be dismissed pursuant to Local Rule 3.10 for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed by Local Rule 3.05.  **FAILURE TO TIMELY RESPOND TO THIS ORDER WILL RESULT IN DISMISSAL WITHOUT FURTHER NOTICE.**

    **DONE AND ORDERED** in Chambers in Tampa, Florida on this 22nd day of April, 2011**.**



Copies to:
All parties and counsel of record